| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL H. WEISS<br>WEISS & SPEES, LLP<br>1925 CENTURY PARK EAST, SUITE 650<br>LOS ANGELES, CA 90067<br>T: 424-245-3100<br>F: 424-217-4160<br>E: mw@weissandspees.com | **FILED & ENTERED**<br><br>**JAN 16 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Ogier    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| ☐ Individual appearing without attorney<br>xx  Attorney for: DEBTORS | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| In re:<br>PENTHOUSE GLOBAL MEDIA<br>Debtor<br>_____<br>In re:<br>PENTHOUSE GLOBAL BROADCASTING, INC.<br>PENTHOUSE GLOBAL LICENSING, INC.<br>PENTHOUSE GLOBAL DIGITAL, INC.<br>PENTHOUSE GLOBAL PUBLISHING, INC.<br>GMI ONLINE VENTURES, LTD.<br>PENTHOUSE DIGITAL MEDIA PRODUCTIONS, INC.<br>TAN DOOR MEDIA, INC.<br>PENTHOUSE IMAGES ACQUISITIONS, LTD.<br>PURE ENTERTAINMENT TELECOMMUNICATIONS,<br>   INC., fka For Your Ears Only, Ltd.<br>XVHUB Group, Inc., fka Giant Swallowtail Inc.<br>GENERAL MEDIA COMMUNICATIONS, INC.<br>GENERAL MEDIA ENTERTAINMENT, INC., fka<br>   Penthouse Video, Inc.<br>DANNI ASHE, INC.<br>STREAMRAY STUDIOS, INC.,<br>Debtors<br>_____ | Lead Case No: 1:18-bk-10098-MB<br>Chapter 11<br>Jointly administered with:<br><br>Case No.:  1:18-bk-10099-MB<br>Case No:   1:18-bk-10101-MB<br>Case No:   1:18-bk-10102-MB<br>Case No:   1:18-bk-10103-MB<br>Case No:   1:18-bk-10104-MB<br>Case No:   1:18-bk-10105-MB<br>Case No:   1:18-bk-10106-MB<br>Case No.   1:18-bk-10107-MB<br>Case No.   1:18-bk-10108-MB<br><br>Case No.   1:18-bk-10109-MB<br>Case No.   1:18-bk-10110-MB<br>Case No.   1:18-bk-10111-MB<br><br>Case No.   1:18-bk-10112-MB<br>Case No.   1:18-bk-10113-MB |
| | **ORDER  ☒ GRANTING  ☐ DENYING**<br>**MOTION TO APPROVE JOINT**<br>**ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]** |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                                                      Page 1                                  **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**

On (*date*) <u>January 15, 2018</u>, a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re PENTHOUSE GLOBAL MEDIA, INC., case number 1:18-BK-10098-MB.

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is: ☒ Granted    ☐ Denied
2. Promptly upon entry of an order granting a motion to approve joint administration:

    a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

    b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

    c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

    d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

###

Date: January 16, 2018

*/s/ Martin R. Barash*
Martin R Barash
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*    Page 2    **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**